IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION



UNITED STATES OF AMERICA

V.  CRIMINAL NO. 3:04cr26WSu

RUSSELL MONTAGUE

ORDER OF DISMISSAL

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, and in contemplation of the defendant's plea of guilty and sentence in this cause, and by leave of the Court endorsed herein, the United States Attorney for the Southern District of Mississippi hereby dismisses Counts 1, 3 and 9 of the Indictment against RUSSELL MONTAGUE, without prejudice.

DUNN LAMPTON
United States Attorney

By: _____
LINDA R. ANDERSON
Assistant U.S. Attorney
MS Bar No. 1582

Leave of Court is granted for the filing of the foregoing dismissal without prejudice.

ORDERED this 4th day of March, 2005.

_____
HENRY T. WINGATE
CHIEF U. S. DISTRICT JUDGE