AO 243 (Rev. 2/95)

## PETITION UNDER 28 USC § 2255 TO VACATE, SET ASIDE, OR CORRECT SENTENCE BY A PERSON IN FEDERAL CUSTODY

3.05cv783HTW-JCS

| UNITED STATES DISTRICT COURT | District Southern District of Mississippi | |
|---|---|---|
| Name of Movant Russell Montague | Prisoner No. 28766-034 | Case No. 3:04cr26WSu |
| Place of Confinement Federal Correctional Institution, Texarkana, TX 75505-7000 | | |

UNITED STATES OF AMERICA     V.    Russell L. Montague

(name under which convicted)

## MOTION

1. Name and location of court which entered the judgment of conviction under attack
   Southern District, Mississippi, Jackson Div.

   SOUTHERN DISTRICT OF MISSISSIPPI
   FILED
   DEC 27 2005
   J. T. NOBLIN, CLERK
   BY_____ DEPUTY

2. Date of judgment of conviction _____ unknown

3. Length of sentence _____ 180 months

4. Nature of offense involved (all counts) 18 USC §924(1) Theft of firearms, 922(g)(1) Felon in

   possession of a firearm, 924(c) Use of firearm during the commission of a drug trafficking

   offense and 26 USC §5851(d) Possession of an unregistered firearm

5. What was your plea? (Check one)
   (a) Not guilty ☐
   (b) Guilty ☒
   (c) Nolo contendere ☐

   If you entered a guilty plea to one count or indictment, and not a guilty plea to another count or indictment, give details:
   Counts 1,3: 18 USC §922(j) Trafficking in stolen firearms - dismissed, Count 9: 18 USC §641:

   Embezzlement of money belonging to the United States - dismissed

6. If you pleaded not guilty, what kind of trial did you have? (Check one)
   (a) Jury ☐
   (b) Judge only ☐

7. Did you testify at the trial?
   Yes ☐     No ☐

8. Did you appeal from the judgment of conviction?
   Yes ☐     No ☒

(2)

AO 243 (Rev. 2/95)

9. If you did appeal, answer the following:

   (a) Name of court _____

   (b) Result _____

   (c) Date of result _____

10. Other than a direct appeal from the judgment of conviction and sentence, have you previously filed any petitions, applications, or motions with respect to this judgment in any federal court?

   Yes ☐     No ☒

11. If your answer to 10 was "yes," give the following information:

   (a) (1) Name of court _____

       (2) Nature of proceeding _____

       _____

       (3) Grounds raised _____

       _____

       _____

       _____

       _____

       (4) Did you receive an evidentiary hearing on your petition, application or motion?

          Yes ☐     No ☐

       (5) Result _____

       (6) Date of result _____

   (b) As to any second petition, application or motion give the same information:

       (1) Name of court _____

       (2) Nature of proceeding _____

       (3) Grounds raised _____

       _____

       _____

       _____

       _____

(3)

AO 243 (Rev. 2/95)

    (4) **Did you receive an evidentiary hearing on your petition, application or motion?**
        Yes ☐        No ☐

    (5) Result _____

    (6) Date of result _____

(c)  Did you appeal, to an appellate federal court having jurisdiction, the result of action taken on any petition, application or motion?
    (1) First petition, etc.           Yes ☐        No ☐
    (2) Second petition, etc.        Yes ☐        No ☐

(d)  If you did *not* appeal from the adverse action on any petition, application or motion, explain briefly why you did not:

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

12.  State *concisely* every ground on which you claim that you are being held in violation of the constitution, laws or treaties of the United States. Summarize *briefly* the *facts* supporting each ground. If necessary, you may attach pages stating additional grounds and *facts* supporting the same.

    <u>Caution:</u>    <u>If you fail to set forth all grounds in this motion, you may be barred from presenting additional grounds at a later date.</u>

    For your information, the following is a list of the most frequently raised grounds for relief in these proceedings. Each statement preceded by a letter constitutes a separate ground for possible relief. You may raise any grounds which you may have other than those listed. However, you should raise in this motion all available grounds (relating to this conviction) on which you base your allegations that you are being held in custody unlawfully.

    Do not check any of these listed grounds. If you select one or more of these grounds for relief, you must allege facts. The motion will be returned to you if you merely check (a) through (j) or any one of the grounds.

(a)  Conviction obtained by plea of guilty which was unlawfully induced or not made voluntarily or with understanding of the nature of the charge and the consequences of the plea.

(b)  Conviction obtained by use of coerced confession.

AO 243 (Rev. 2/95)

(c) Conviction obtained by use of evidence gained pursuant to an unconstitutional search and seizure.

(d) Conviction obtained by use of evidence obtained pursuant to an unlawful arrest.

(e) Conviction obtained by a violation of the privilege against self–incrimination.

(f) Conviction obtained by the unconstitutional failure of the prosecution to disclose to the defendant evidence favorable to the defendant.

(g) Conviction obtained by a violation of the protection against double jeopardy.

(h) Conviction obtained by action of a grand or petit jury which was unconstitutionally selected and impaneled.

(i) Denial of effective assistance of counsel.

(h) Denial of right of appeal.

A.   Ground one: Defendant's plea of guilty and sentence were the result of ineffective assistance of counsel.

Supporting FACTS (state *briefly* without citing cases or law)

See attached Memorandum of Points and Authorities.

B.   Ground two: Defendant's plea of guilty was not knowing and voluntary.

Supporting FACTS (state *briefly* without citing cases or law)

See attached Memorandum of Points and Authorities.

C.   Ground three:

Supporting FACTS (state *briefly* without citing cases or law)

AO 243 (Rev. 2/95)

**D.** Ground four: _____

_____

Supporting FACTS (state *briefly* without citing cases or law) _____

_____

_____

_____

_____

13. If any of the grounds listed in 12A, B, C, and D were not previously presented, state *briefly* what grounds were not so presented, and give your reasons for not presenting them: _____

    No previous appeal, as claims of ineffective assistance of counsel and that a plea

    of guilty was not "knowing and voluntary" are properly litigated in a 28 USC §2255

    proceeding.

    _____

14. Do you have any petition or appeal now pending in any court as to the judgment under attack?
    Yes ☐         No ☒

15. Give the name and address, if known, of each attorney who represented you in the following stages of judgment attacked herein:

    (a) At preliminary hearing _____ Same _____

    _____

    (b) At arraignment and plea  John Mark Colette, 401 East Capitol Street, Suite 308,

    Heritage Building, Jackson, MS 39201

    (c) At trial _____

    (d) At sentencing _____ Same _____

    _____

(6)

AO 243 (Rev. 2/95)

(e) On appeal _____

_____

(f) In any post–conviction proceeding _____

_____

(g) On appeal from any adverse ruling in a post–conviction proceeding _____

_____

16. Were you sentenced on more than one count of an indictment, or on more than one indictment, in the same court and at approximately the same time?

Yes ☒        No ☐

17. Do you have any future sentence to serve after you complete the sentence imposed by the judgment under attack?

Yes ☐        No ☒

(a) If so, give name and location of court which imposed sentence to be served in the future: _____

_____

_____

(b) Give date and length of the above sentence: _____

_____

(c) Have you filed, or do you contemplate filing, any petition attacking the judgment which imposed the sentence to be served in the future?

Yes ☐        No ☐

Wherefore, movant prays that the Court grant petitioner relief to which he or she may be entitled in this proceeding.

_____
Signature of Attorney (if any)

I declare under penalty of perjury that the foregoing is true and correct. Executed on

12/16/05
(Date)

x _Russell Montague_
Signature of Movant

(7)