**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION**

**UNITED STATES OF AMERICA**                                      **PLAINTIFF**

**VS**                                    **CRIMINAL ACTION NO.: 3:04-cr-26-HTW-JCS**

**RUSSELL MONTAGUE**                                          **DEFENDANT**

## ORDER

Before this Court is the Motion to Set Amount of Restitution Due and Owing Randell Edwards as to Defendant Russell Lawayne Montague [Docket No. 72] filed on April 21, 2005 by the United States of America. This Court hereby sets the restitution as to this Defendant to a total amount of $6,250.00, and assesses an amount of liability of $1,562.50 due and owing to Randell Edwards.

**SO ORDERED AND ADJUDGED**, this, the   20th    day of  April          , 2017.

                                        s/ HENRY T. WINGATE                          
                                        **UNITED STATES DISTRICT COURT JUDGE**