

```
MIME-Version:1.0
From:cmecfhelpdesk@mssd.uscourts.gov
To:Courtmail@localhost.localdomain
Bcc:
--Case Participants: George L. Lucas - FPD (jasmin_deklerk@fd.org,
lisa_wilder@fd.org), Richard Earl Smith, Jr (btheriot3@yahoo.com,
rsmithjr2@aol.com), John William Weber - FPD, III (ellen_allred@fd.org,
emily_nobile@fd.org, john_weber@fd.org, juanita_hathorn@fd.org), James K. Dukes
(jdukes@jdukeslaw.com, ssanders@jdukeslaw.com, tmartin@jdukeslaw.com), John M.
Colette (colettelawms@gmail.com, jcole83161@aol.com), George T. Holmes
(geoholm@gmail.com, gholm@ospd.ms.gov), Pshon Barrett-Federal Gov
(charlotte.matthews@usdoj.gov, lisa.bullock@usdoj.gov, mary-
margaret.buchanan@usdoj.gov, pshon.barrett@usdoj.gov, vanessa.eady2@usdoj.gov,
zena.cuttino@usdoj.gov), David H. Fulcher-Federal Gov (dave.fulcher@usdoj.gov,
robin.fish@usdoj.gov, stacey.perkins@usdoj.gov), S. Dennis Joiner - FPD
(cindy_frew@fd.org, dennis_joiner@fd.org, jasmin_deklerk@fd.org,
lisa_wilder@fd.org), Robert S. Smith (ddixon@co.hinds.ms.us), Probation Jackson
(evelyn_oscar@mssp.uscourts.gov, fannie_williams@mssp.uscourts.gov), Ken Ferrell
(ken_ferrell@mssp.uscourts.gov), District Judge Henry T. Wingate
(wingate_chambers@mssd.uscourts.gov)
--Non Case Participants: US Marshal's Office (court.mail-mss@usdoj.gov)
--No Notice Sent:

Message-Id:<4554576@mssd.uscourts.gov>
Subject:Activity in Case 3:04-cr-00026-HTW USA v. Montague et al Order
```
Content-Type: text/html

This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.
***NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.

## U.S. District Court

## Southern District of Mississippi

### Notice of Electronic Filing

The following transaction was entered on 4/21/2017 at 9:06 AM CDT and filed on 4/21/2017
**Case Name:** USA v. Montague et al
**Case Number:** 3:04-cr-00026-HTW-JCS
**Filer:**
**Document Number:** 121

**Docket Text:**
**ORDER Setting Amount of Restitution as to Russell Lawayne Montague. Signed by District Judge Henry T. Wingate on 4/20/2017 (hw)**

**3:04-cr-00026-HTW-JCS-1 Notice has been electronically mailed to:**

David H. Fulcher-Federal Gov     dave.fulcher@usdoj.gov, robin.fish@usdoj.gov, stacey.perkins@usdoj.gov

George T. Holmes     gholm@ospd.ms.gov, geoholm@gmail.com

James K. Dukes     jdukes@jdukeslaw.com, ssanders@jdukeslaw.com, tmartin@jdukeslaw.com

John M. Colette     colettelawms@gmail.com, jcole83161@aol.com

John William Weber - FPD , III     john_weber@fd.org, ellen_allred@fd.org, emily_nobile@fd.org, juanita_hathorn@fd.org

Pshon Barrett-Federal Gov     pshon.barrett@usdoj.gov, charlotte.matthews@usdoj.gov, lisa.bullock@usdoj.gov, mary-margaret.buchanan@usdoj.gov, Vanessa.eady2@usdoj.gov, zena.cuttino@usdoj.gov

Richard Earl Smith , Jr     rsmithjr2@aol.com, btheriot3@yahoo.com

Robert S. Smith     ddixon@co.hinds.ms.us

S. Dennis Joiner - FPD     dennis_joiner@fd.org, Cindy_Frew@fd.org, Jasmin_DeKlerk@fd.org, Lisa_Wilder@fd.org

**3:04-cr-00026-HTW-JCS-1 Notice has been delivered by other means to:**

Clint Todd(Terminated)
No. 07957-043
Federal Detention Center, Houston
Post Office Box 526255
Houston, TX 77052

Russell Lawayne Montague(Terminated)
28766-043
G-Unit
Federal Correctinal Institution
P. O. Box 7000
Texarkana, TX 75505-7000

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1081288797 [Date=4/21/2017] [FileNumber=4554574-0
] [14f4f98fbef8f144b4f1c677557e0452d9f2513d9ac0e0c409b9a7c789dafc60ab6
b84afd5d8650e2b5808319c853eb152685e027c41d94f754a2d938b7720fb]]

# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
# NORTHERN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **PLAINTIFF** |
| **VS** | **CRIMINAL ACTION NO.: 3:04-cr-26-HTW-JCS** |
| **RUSSELL MONTAGUE** | **DEFENDANT** |

## ORDER

Before this Court is the Motion to Set Amount of Restitution Due and Owing Randell Edwards as to Defendant Russell Lawayne Montague [Docket No. 72] filed on April 21, 2005 by the United States of America. This Court hereby sets the restitution as to this Defendant to a total amount of $6,250.00, and assesses an amount of liability of $1,562.50 due and owing to Randell Edwards.

**SO ORDERED AND ADJUDGED**, this, the __20th__ day of _April_____, 2017.

s/ HENRY T. WINGATE
**UNITED STATES DISTRICT COURT JUDGE**