# CLERK'S MINUTE SHEET
IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI (NORTHERN DIVISION)

Before the Honorable Robert H. Walker

Initial Appearance/Revocation Proceedings

| | | | |
|---|---|---|---|
| Case Numbers: | 3:04cr26-HTW-1 | UNITED STATES vs. Montague, *et al.* | |
| Hearing Date: | 8/20/2019 | Time In and Out: | 9:25 AM to 9:35 AM |
| Clerk: | SGR | Courtroom: 881 | |
| Defendant: | Russell Lawayne Montague | Defendant's Counsel: | John Weber, FPD |
| AUSA | Christopher Carter | Pretrial/Probation: | Amanda Pierce |
| Interpreter: | N/A | DUSM(s) | Ivy Jenkins/Steven Davis |
| CSO | Tom Bishop | | |

| PROCEEDINGS | |
|---|---|
| ☒ | Defendant sworn |
| ☒ | First Appearance by Defendant |
| ☒ | Defendant received a copy of charging document |
| ☒ | Defendant requests a Preliminary Hearing. The Preliminary Hearing is set for Thursday, August 22, 2019 at 3:30 PM before Magistrate Judge F. Keith Ball. |

| Custody Status | |
|---|---|
| ☒ | Defendant remanded to the custody of the U.S. Marshals pending further order of the Court. |
| ☐ | Defendant detained pending hearing. |

| Other | |
|---|---|
| ☒ | Final Revocation Proceedings is set on October 9, 2019 at 9:30 AM before Judge Wingate. |