IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

UNITED STATES OF AMERICA

v.                                                                  CRIMINAL NO. 3:04-cr-26-HTW-FKB-1

RUSSELL LAWAYNE MONTAGUE

## NOTICE OF APPEARANCE

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

Please take notice that the undersigned hereby enters her appearance as counsel for the United States of America:

KIMBERLY T. PURDIE
Assistant U.S. Attorney
United States Attorney's Office
501 E. Court Street, Ste 4.430
Jackson, MS 39201
Ph: (601) 965-4480
Fax: (601) 965-4409
Mississippi Bar No. 104168
E-mail: kimberly.purdie@usdoj.gov

Henceforth, Kimberly T. Purdie, Assistant United States Attorney, should be listed as counsel for the United States and all ECF transmissions should be directed to Kimberly T. Purdie, Assistant United States Attorney.

THIS, the 21st day of August, 2019.

                                                            Respectfully submitted,

                                                            D. MICHAEL HURST, JR.
                                                            United States Attorney

                        By:    *s/ Kimberly T. Purdie*
                                KIMBERLY T. PURDIE
                                Assistant U.S. Attorney
                                501 E. Court Street, Ste 4.430
                                Jackson, MS 39201
                                Ph: (601) 965-4480
                                Fax: (601) 965-4409
                                Mississippi Bar No.104168

## **CERTIFICATE OF SERVICE**

I, Kimberly T. Purdie, hereby certify that on the 21st day of August, 2019, I electronically filed the foregoing with the Clerk of the Court using the ECF system. Notification will be electronically forwarded to all counsel of record.

*s/ Kimberly T. Purdie*
KIMBERLY T. PURDIE
Assistant U.S. Attorney