IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION



UNITED STATES OF AMERICA

v.  CRIMINAL NO.: 3:04-cr-26-HTW-FKB-1

RUSSELL MONTAGUE

## TEMPORARY DETENTION ORDER

The above-named defendant appeared before the Court for an initial appearance on this date on the Amended Petition for Warrant or Summons for Offender Under Supervision. The Court informed the defendant of his right to a preliminary hearing and detention hearing. The defendant waived any hearings herein until the revocation hearing set before Judge Henry T. Wingate. Defendant should therefore be held pending the revocation hearing.

IT IS, THEREFORE, ORDERED that defendant is remanded to the custody of the U.S. Marshal until such hearing.

SO ORDERED this the 22nd day of August, 2019.

_____
United States Magistrate Judge