AO 442 (Rev. 11/11) Arrest Warrant

FID 832696

# UNITED STATES DISTRICT COURT
for the
Southern District of Mississippi

RECV USMS D48 18JUL'19

| United States of America | ) | |
|---|---|---|
| v. | ) | Case No. 3:04cr26HTW-JCS-001 |
| Russell Montague (Wherever Found) | ) ) ) ) | |
| Defendant | | |

SOUTHERN DISTRICT OF MISSISSIPPI
FILED
AUG 23 2019
ARTHUR JOHNSTON
BY _____ DEPUTY

## ARREST WARRANT

To:   Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

(name of person to be arrested)   Russell Montague,

who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☐ Complaint
☐ Probation Violation Petition   ☑ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

Violation of Conditions of Supervision

Date:   07/17/2019

ARTHUR JOHNSTON, CLERK

*signature: M Beard*

*Issuing officer's signature*

M. Beard, Deputy Clerk

City and state:   Jackson, MS

*Printed name and title*

### Return

This warrant was received on (date)  7/18/19 , and the person was arrested on (date)  8/19/2019
at (city and state)  Biloxi, MS .

Date:  8/20/2019

*signature*

*Arresting officer's signature*

A. Allen, Deputy US Marshal

*Printed name and title*