IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

UNITED STATES OF AMERICA

v.                                                    CRIMINAL NO. 3:04-cr-26-HTW-FKB

RUSSELL LAWAYNE MONTAGUE

## MOTION TO CONTINUE REVOCATION HEARING

COMES NOW the United States Attorney, by and through his undersigned Assistant, and files this motion to continue the revocation hearing presently scheduled for October 9, 2019. Counsel for the government, Kimberly Purdie, will be out of the office the week of October 7, 2019, for training purposes. She will be available after October 14, 2019. Defendant Montague does not agree to a continuance of the hearing, although defendant's counsel, Abby Brumley, is agreeable to a new hearing date.

The United States Probation Office advises that the defendant has committed two federal, state or local crimes, that he used a controlled substance, and that he failed to report to the Probation Officer as instructed.

As Ms. Purdie is the Assistant assigned to handle this case, the government respectfully requests this Court to continue the revocation hearing to a date after October 14, 2019.

DATED this 23rd day of September, 2019.

                                                        Respectfully submitted,

                                                        D. MICHAEL HURST, JR.
                                                        United States Attorney

By:    */s/ Kimberly T. Purdie*
           Kimberly T. Purdie
           Assistant United States Attorney
           500 East Court Street, Suite 4.430
           Jackson, MS 39201

Telephone: (601) 965-4480
Fax: (601) 965-4409
Email: kimberly.purdie@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that on September 23, 2019, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the attorney(s) of record for the defendant.

/s/ Kimberly T. Purdie
Kimberly T. Purdie
Assistant United States Attorney
500 East Court Street, Suite 4.430
Jackson, MS 39201
Telephone: (601) 965-4480
Fax: (601) 965-4409
Email: kimberly.purdie@usdoj.gov