IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

UNITED STATES OF AMERICA

V.                                             CRIMINAL NO. 3:04-cr-26-HTW-FKB

RUSSELL LAWAYNE MONTAGUE

## MOTION TO CONTINUE REVOCATION HEARING

COMES NOW the defendant, Russell Lawayne Montague, and respectfully moves this court to continue the revocation hearing for November 22, 2019, for the following reason:

The defendant, Russell Lawayne Montague, requests that the revocation hearing scheduled for November 22, 2019, be continued on the grounds that defense counsel is unable to appear before the Court on this date and all remaining counsel at the Office of the Federal Public Defender are unavailable to fill in as counsel for the hearing.

WHEREFORE PREMISES CONSIDERED, the defendant respectfully requests that his MOTION FOR CONTINUANCE be granted and this matter reset, and any other relief the Court deems just and proper.

Respectfully submitted this the 21st day of November, 2019.

RUSSELL LAWAYNE MONTAGUE, DEFENDANT

By:    Omodare B. Jupiter
       Federal Public Defender

       */s/Abby W. Brumley*
       Abby W. Brumley, MB# 101929
       Assistant Federal Public Defender
       Northern and Southern Districts of Mississippi
       200 South Lamar Street, Suite 200-N
       Jackson, MS 39201
       Telephone:  (601) 948-4284
       Facsimile:  (601) 948-5510
       Email: abby_brumley@fd.org

## <u>CERTIFICATE OF SERVICE</u>

I, Abby W. Brumley, do hereby certify that on the 21st day of November, 2019, I electronically filed the foregoing with the Clerk of the Court using the ECF system which sent notification of such filing to all parties of record.

 /s/Abby W. Brumley
Abby W. Brumley
*Assistant Federal Public Defender*